

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Shaun Powell,

Vs. No. 11-21-00202-CR

The State of Texas,

\* From the 161st District Court
  of Ector County,
  Trial Court No. B-20-0001-CR.

\* May 12, 2022

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.